**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SAMEER SYED, individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff(s)*,<br><br>vs.<br><br>BETO FOR TEXAS, BETO O'ROURKE, AND JOHN DOES 1-25,<br><br>　　　　　*Defendants*. | CIVIL ACTION NO. 3:18-CV-2791 |

# CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant, Beto for Texas and files this Certificate of Interested Persons. The following persons, associations of persons, firms, partnerships, or corporations are financially interested in the outcome of the above-referenced litigation:

1. Defendant, Beto for Texas;

2. Defendant's counsel, Steckler Gresham Cochran PLLC and Copilevitz & Canter, LLC;

3. Plaintiff, Sameer Syed; and

4. Plaintiffs' counsel, Shawn Jaffer Law Firm PLLC.

Dated: January 7, 2019                    Respectfully submitted,

                                          **STECKLER GRESHAM COCHRAN PLLC**

                                          */s/ Dean Gresham*
                                          R. Dean Gresham
                                          Texas Bar No. 24027215
                                          dean@stecklerlaw.com
                                          L. Kirstine Rogers
                                          Texas Bar No. 24033009
                                          krogers@stecklerlaw.com
                                          12720 Hillcrest Road, Suite 1045
                                          Dallas, TX 75230
                                          Telephone: 972-387-4040
                                          Facsimile: 972-387-4041

                                          William E. Raney
                                          (Pro hac vice to be submitted)
                                          Missouri Bar No. 46954
                                          braney@cckc-law.com
                                          Kellie Mitchell Bubeck
                                          (Pro hac vice to be submitted)
                                          Missouri Bar No. 65573
                                          kmitchell@cckc-law.com
                                          Copilevitz & Canter, LLC
                                          310 W. 20th Street, Suite 300
                                          Kansas City, MO 64108
                                          Phone: (816) 472-9000
                                          Fax:    (816) 472-5000

                                          **ATTORNEYS FOR DEFENDANT BETO FOR TEXAS**

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all counsel of record via the Court's e-filing system on this 7th day of January, 2019.

                                          */s/ Dean Gresham*
                                          DEAN GRESHAM