IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SAMEER SYED, individually and on behalf of
all others similarly situated,

*Plaintiff(s),*

v.

BETO FOR TEXAS, BETO O'ROURKE,
and JOHN DOES 1-25,

*Defendants.*

CIVIL ACTION NO. 3:18-CV-2791

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant Beto O'Rourke and files this Certificate of Interested Persons. The following persons, associations of persons, firms, partnerships, or corporations are financially interested in the outcome of the above-referenced litigation:

1.  Defendant Beto O'Rourke;

2.  Counsel for Beto O'Rourke: Aldous \ Walker, LLP;

3.  Defendant Beto for Texas;

4.  Counsel for Beto for Texas: Steckler Gresham Cochran PLLC and Copilevitz & Canter, LLC;

5.  Plaintiff Sameer Syed; and

6.  Counsel for Plaintiff: Shawn Jaffer Law Firm, PLLC.

Respectfully submitted,

*/s/ Charla G. Aldous*
CHARLA G. ALDOUS
State Bar. No. 20545235
caldous@aldouslaw.com
BRENT R. WALKER
State Bar No. 24047053
bwalker@aldouslaw.com

ALDOUS\WALKER LLP
2311 Cedar Springs Rd., Suite 200
Dallas, TX 75201
Ph:     (214) 526-5595
Fax:    (214) 526-5525

ATTORNEYS FOR DEFENDANT
BETO O'ROURKE

* * *

## CERTIFICATE OF SERVICE

I  certifies that the foregoing document was served on all counsel of record via the Court's e-filing system on January 7, 2019.

*/s/ Charla G. Aldous*
CHARLA G. ALDOUS